UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-62270-DIMITROULEAS

UNITED STATES OF AMERICA, *ex rel.*
FRAUD FORENSICS, LLC,

      Plaintiff/Relator,

v.

COVENANT HOUSE FLORIDA, INC., UNDER 21,
COVENANT HOUSE CALIFORNIA, COVENANT
HOUSE ALASKA, COVENANT HOUSE GEORGIA, INC.,
COVENANT HOUSE WASHINGTON, COVENANT HOUSE
NEW JERSEY, INC., CH PENNSYLVANIA UNDER-21,
CONVENANT HOUSE ILLINOIS, INC., COVENANT
HOUSE MICHIGAN, COVENANT HOUSE NEW ORLEANS,
COVENANT HOUSE TEXAS and COVENANT HOUSE,

      Defendants.

## ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte*.

The Court's Order of March 19, 2025 ordered, in relevant part, that "Relator is hereby directed to serve the Complaint upon the Defendants." *See* [DE 16]. More than ninety (90) days passed and there is no indication in the record that Relator has served the Defendants.

On June 23, 2025, this Court entered an Order to Show Cause, requiring Relator on or before June 30, 2025 to either perfect service upon Defendants, show that service had already been made, or show good cause as to why service has not been perfected. *See* [DE 18]. The Court warned Relator that a failure to timely respond would result in immediate dismissal of this case without prejudice. *See id.* Relator failed to respond in a timely manner.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of July, 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record